## UNITED STATES DISTRICT COURT
### District of Massachusetts

| | | |
|---|---|---|
| BETTY LOU COUGHLIN,<br>Plaintiff | ) ) ) | JUDGMENT |
| v. | ) ) | Civil Action No. 09-30217-KPN |
| MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br>Defendant | ) ) ) ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

In accord with the court's October 22, 2010 Memorandum and Order with regard to Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion to Affirm the Decision of the Commissioner, judgment is hereby entered for Plaintiff, insofar as it seeks remand for a further hearing.


February 4, 2011
Date

Sarah A. Thornton
Clerk

By:   /s/ Bethaney A. Healy
Deputy Clerk